Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

_____Atlanta___ Division

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 06 2026

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

Ebony M Thomas

Case No **1 : 26 -CV- 0059**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes  [ ] No

_____

### Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Atlanta, Atlanta Police Department, and Officer
Gerald Walker

_____

### Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ebony Monique Thomas |
| Address | 2332B La Rue Curt |

| | | |
|---|---|---|
| Tallahassee | FL | 32303 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Leon |
| Telephone Number | 786-824-0349 |
| E-Mail Address | edickens81@icloud.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Atlanta |
| Job or Title *(if known)* | |
| Address | 55 Trinity Avenue SW, Suite 5000 |

| | | |
|---|---|---|
| Atlanta | GA | 30303 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Fulton |
| Telephone Number | |
| E-Mail Address *(if known)* | adickens@atlantaga.gov, lawclaims@atlantaga.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Gerald Walker |
| Job or Title *(if known)* | Officer |
| Address | 226 Peachtree Street SW |

| | | |
|---|---|---|
| Atlanta | GA | 30303 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Fulton |
| Telephone Number | |
| E-Mail Address *(if known)* | dschierbaum@atlantaga.gov |

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| Name | Atlanta Police Department | | |
|------|------|------|------|
| Job or Title *(if known)* | | | |
| Address | 226 Peachtree Street SW | | |
| | Atlanta | GA | 30303 |
| | *City* | *State* | *Zip Code* |
| County | Fulton | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | dschierbaum@atlantaga.gov | | |

Individual capacity    ☑ Official capacity

Defendant No. 4

| Name | | | |
|------|------|------|------|
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

Individual capacity    Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am suing under 42 U.S.C. § 1983 for violations of the following constitutional rights:
• Fourth Amendment: Protection against unlawful search and seizure (false arrest, unlawful detention).
• Fourteenth Amendment (Due Process Clause): For reputational harm, lack of proper documentation, and malicious prosecution. (cont.. on next page)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

City of Atlanta: The City of Atlanta acted under color of state law through its agency, the Atlanta Police Department (APD), which is responsible for hiring, training, and supervising its officers, including Officer Gerald Walker. The misconduct occurred during the execution of official police duties, and the City is liable under Monell v. Department of Social Services, 436 U.S. 658 (1978), for failing to adequately train or supervise its employees, thereby allowing constitutional violations to occur. (cont on next pg)

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The incident occurred in Atlanta, Georgia, within Fulton County, during a traffic stop and arrest conducted by an officer of the Atlanta Police Department.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

January 26, 2025, at approximately at 3:46pm

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Claim 1 – False Arrest and Detention:

On January 26, 2025, I was pulled over by Officer Gerald Walker of the Atlanta Police Department while driving in Atlanta, Georgia. During this stop, Officer Walker escalated the situation without cause, pulled me from my vehicle, and arrested me in a manner that was excessive and unnecessary. I was handcuffed, detained, and booked into jail without a valid basis for the arrest.

I was charged with obstruction of justice and dark window tint, both of which were baseless. I suffered emotional trauma, reputational harm, and was made to post bond to secure my release. These events were later investigated by the Atlanta Police Department's Office of Professional Standards, which found that Officer Walker sustained violations of both APD's Courtesy policy (2.2) and Arrest Procedures policy (2.33). He received two written reprimands as a result.
(continued on next page)

**Basis for Jurisdiction Section B continued:**

• First Amendment (Retaliation): If applicable, for being retaliated against due to speech or protected activity (e.g., asserting your rights or filing a complaint). Additionally, I assert a violation of my rights under federal law for being falsely arrested, improperly charged, and incarcerated without justification, as evidenced by the internal APD finding of sustained misconduct against Officer Walker.

**Basis for Jurisdiction Section D continued:**

Officer Gerald Walker

Officer Gerald Walker acted under color of state law in his capacity as a sworn police officer with the Atlanta Police Department. The incident occurred while he was performing official duties, including conducting a traffic stop, investigating an alleged incident, and executing an arrest. These actions were carried out using the authority granted to him by the State of Georgia and the Atlanta Police Department, including the use of state-issued equipment (badge, uniform, patrol car, and body-worn camera). Therefore, all actions were taken under color of law within the meaning of 42 U.S.C. § 1983.

**C: Underlying claim continued....**

Claim 2 – Malicious Prosecution and Negligence

Despite the internal finding of misconduct, the charges against me were not immediately dropped. I had to obtain legal representation and defend myself against false citations. These actions were malicious and negligent, as Officer Walker failed to properly document the accident and falsified the basis for my arrest. The City of Atlanta is liable for failing to properly supervise and train Officer Walker, which allowed these constitutional violations to occur.

Claim 3 – Emotional Distress and Reputational Damage

As a result of the arrest and jail booking, I suffered severe emotional distress, anxiety, and reputational harm. The incident was also covered by local news sources, which further impacted my personal and professional life. I continue to seek counseling due to the trauma and humiliation I endured.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of the false arrest and wrongful detention, I experienced emotional trauma, anxiety, humiliation, and distress. I was forcibly removed from my vehicle, handcuffed, and jailed without legal cause. I suffered reputational harm after being booked and my name and image being shared publicly. I experienced difficulty sleeping, loss of appetite, and panic attacks following the incident.

I began seeking therapy and mental health support following my release. Due to financial constraints, I was not able to consistently access treatment. I continue to experience lasting emotional effects and fear of future interactions with law enforcement.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking the following relief from the court:
 • Monetary damages in the amount of $250,000 for emotional distress, reputational harm, and out-of-pocket expenses (including legal fees, bond payment, and therapy).
 • Punitive damages against Officer Gerald Walker in the amount of $100,000 for his knowing violation of my constitutional rights and malicious behavior.
 • An order compelling the dismissal of the obstruction of justice and window tint citations that resulted from this arrest.
 • Any further relief the Court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        1/2/2026

Signature of Plaintiff

Printed Name of Plaintiff        Ebony M Thomas

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City |  | State | Zip Code |
|---|---|---|---|---|

Telephone Number

E-mail Address

### Exhibit List – Supporting Evidence for Complaint

Ebony Thomas v. City of Atlanta et al.

U.S. District Court, Northern District of Georgia – Atlanta Division

### Exhibit A – Internal Affairs Finding Letter

Letter dated January 28, 2025, from APD's Office of Professional Standards showing sustained misconduct findings (Courtesy and Arrest Procedures violations) against Officer Gerald Walker.

### Exhibit B – Public Records Request & Response

Correspondence showing prior requests for bodycam and related documentation submitted to APD and the City of Atlanta.

### Exhibit C – Notice of Intent to Sue

Copy of notice mailed and emailed to the City of Atlanta and APD per O.C.G.A. § 36  33  5.

### Exhibit D – Media Coverage

Screenshots and article links from FOX5, Atlanta Black Star, and Facebook publicizing the arrest and the use of excessive force.

### Exhibit E – Text Messages from News Reporters

Screenshots of messages from reporter Aungelique Proctor of FOX5 confirming the news interview and coverage.

### Exhibit F – Body-Worn Camera Footage (On Thumb Drive)

Video of the arrest recorded by APD, as obtained through open records or discovery. Enclosed on USB thumb drive labeled "ET Bodycam 1/26/2025."

*Original Complaint to APD*

This is the first response from ATL PD

Begin forwarded message:

**From:** coachchynat@icloud.com
**Subject: Fwd: [EXTERNAL] Urgent Call for Accountability: Aggressive Police Misconduct in Atlanta**
**Date:** January 27, 2025 at 9:55:37 AM EST
**To:** Ebony <edickens81@icloud.com>


Erica Thomas

Begin forwarded message:

**From:** "Ries, Peter J" <pjries@atlantaga.gov>
**Date:** January 27, 2025 at 9:54:25 AM EST
**To:** coachchynat@icloud.com
**Cc:** "Burks, LaChandra" <LBurks@atlantaga.gov>, "Donald, Odie" <Odie@atlantaga.gov>, "English, Courtney" <cenglish@atlantaga.gov>, "Pace, Theo" <TPace@atlantaga.gov>, "Ingram, Jason" <jingram@atlantaga.gov>, "Schierbaum, Darin" <DSchierbaum@atlantaga.gov>, "Reese, Quentin" <qreese@atlantaga.gov>
**Subject: Re: [EXTERNAL] Urgent Call for Accountability: Aggressive Police Misconduct in Atlanta**

Good morning, Ms. Thomas,

I wanted to let you know that Chief Schierbaum is in receipt of your emails and concerns. Please know that the Atlanta Police Department strives to uphold a significantly high level of professionalism and as such, your concerns have been sent to our Office of Professional Standards for review and investigation as warranted,

You should hear from them shortly.

Please let me know if I can assist in any other way.

Major Peter Ries
Chief of Staff
Office of the Chief
Atlanta Police Department
226 Peachtree St SW
Atlanta, GA 30303
Cell: 404-561-2776
Email: pjries@atlantaga.gov



**From:** Ries, Peter J <pjries@AtlantaGa.Gov> on behalf of Schierbaum, Darin <DSchierbaum@AtlantaGa.Gov>
**Sent:** Monday, January 27, 2025 9:50 AM
**To:** Ries, Peter J <pjries@AtlantaGa.Gov>
**Subject:** Fw: [EXTERNAL] Urgent Call for Accountability: Aggressive Police Misconduct in Atlanta

**From:** coachchynat@icloud.com <coachchynat@icloud.com>
**Sent:** Sunday, January 26, 2025 7:29 PM
**To:** Newstip@foxatlantta.com <Newstip@foxatlantta.com>; Ireport@cnn.com <Ireport@cnn.com>

**Cc:** Donald, Odie <Odie@atlantaGA.gov>; Burks, LaChandra <LBurks@AtlantaGa.Gov>;
English, Courtney <cenglish@AtlantaGa.Gov>; Pace, Theo <TPace@AtlantaGa.Gov>;
Ingram, Jason <jingram@AtlantaGa.Gov>; Schierbaum, Darin
<DSchierbaum@AtlantaGa.Gov>
**Subject:** [EXTERNAL] Urgent Call for Accountability: Aggressive Police Misconduct in Atlanta

Attachment available until Feb 25, 2025

Dear Fox Atlanta/CNN News Team,

I am reaching out to report a deeply troubling encounter I experienced with an Atlanta police officer on January 26, 2025, which I believe underscores a significant issue of police misconduct that demands public attention and thorough investigation.

On this day, I was driving my friend, Patrick Scott, to work as his car had been rendered inoperable due to the cold weather. While traveling, Officer Walker (badge 5219) initiated a traffic stop and pulled me over at the intersection of Lakewood Ave and Jonesboro Rd. What followed was an alarming and unnecessary display of aggression and abuse of power. Officer Walker approached my vehicle hastily, immediately demanding, in a hostile tone, that I roll down my window, threatening to break it if I did not comply. Despite having no probable cause for the stop, he escalated the situation. I attempted to comply, but my seatbelt restricted my movement. Instead of de-escalating, Officer Walker yanked my car door open, forcibly pulled me out of the vehicle, placed me in handcuffs, and subjected me to unnecessary and demeaning treatment.

What makes this incident even more distressing is that a

younger female officer, who appeared to be in training, was present during the stop. She admitted—clearly captured on body cam and dash cam footage—that I had done nothing to warrant such aggressive behavior. However, Officer Walker disregarded her observations and proceeded to arrest me on fabricated charges of obstruction and dark-tinted windows. While seated in the back of the police vehicle, I witnessed Officer Walker falsify his police report. This unethical act demonstrates a broader systemic issue if behavior like this is allowed to persist unchecked. When I informed him that I would be filing a formal complaint, he laughed and smugly remarked that he's heard it "many times before" and that "nothing has been done." His comment reflects an alarming lack of accountability and suggests there are no effective checks and balances within the department.

The entire incident, from his initial approach to my arrest, was recorded, and I am calling for a full investigation into Officer Walker's conduct. I also urge a comprehensive review of his traffic stops and arrests over the past five years. His aggressive and unprofessional behavior is a liability to the Atlanta Police Department and poses a severe risk to civilians' safety and dignity.

As a tax-paying citizen, I was treated in a manner that made me fear for my life and left me questioning the integrity of those sworn to protect and serve. This type of behavior not only violates public trust but also undermines community relations and the core values of law enforcement.

I am urging the Atlanta Police Department to take immediate

and decisive action, including removing Officer Walker from duty, conducting a mental health evaluation, and mandating enhanced training for officers on de-escalation and professionalism. I have filed a complaint with APD Internal Affairs and hope they do not push this under the rug as a means to justify the officer's actions. I am also seeking a Civil Rights Attorney because not only did I record but the footage from the body cam and dash will be requested by the attorney. This incident highlights a critical need for greater accountability in policing. I hope your platform will help shed light on this case, amplify the call for justice, and hold those responsible accountable. I have attached a video of the stop, which captures Officer Walker's behavior and his unwarranted actions.

Thank you for your time and attention to this matter.

Ebony Thomas
786-824-0349

Click to Download
IMG_3023.mov
43.4 MB

Exhibit A



# CITY OF ATLANTA



ANDRE DICKENS
MAYOR

226 PEACHTREE STREET, SW
ATLANTA, GEORGIA 30303
404 - 546-6900

ATLANTA POLICE DEPARTMENT
DARIN SCHIERBAUM
CHIEF OF POLICE

January 28, 2025

Ebony Thomas
Email Only: edickens81@icloud.com

**Re: 25S000526**

Ebony Thomas,

Thank you for taking the time to express your concerns regarding the actions of Officer G. Walker, an employee with the Atlanta Police Department.

The Office of Professional Standards (OPS) has reviewed the allegations indicated in your statement. The complaint file has been assigned to Command for investigation. Major W. Ricker or his designee may contact you if additional information is required to conduct a thorough investigation of your complaint. If the investigation exceeds sixty (60) days, Command will advise you of the reason for the delay in writing. Upon completion of the investigation, you will also be notified of the outcome of the investigation in writing by the Office of Professional Standards.

| **Employee Name(s)** | **Allegation(s) Being Investigated** |
|---|---|
| Officer G. Walker | 4.2.2 Courtesy |
| Officer G. Walker | 4.2.33 Conformance to Directives (APD.SOP.3030 - Arrest Procedures) |

If you have any additional questions or concerns, please call the Zone Three Precinct at 404-624-0674. The address is 2353 Metropolitan Parkway, GA 30315.

Sincerely,

Major Filia Claxton

Major F. Claxton, Commander
Office of Professional Standards

FC/kdm
cc: File



# CITY OF ATLANTA

Andre Dickens
Mayor

226 Peachtree Street, SW
Atlanta, Georgia 30303
(404) 546-6900
**June 6, 2025**

Atlanta Police Department
Darin Schierbaum
Chief of Police

**Ebony Thomas**
**Email only:**
**Edickens81@icloud.com**
**RE:   25S000526**
Dear    Ebony Thomas

Thank you for contacting the Atlanta Police Department's Office of Professional
Standards regarding your concerns involving Officer Gerald Walker. The Atlanta
Police Department examines all allegations of employee misconduct, and the
investigation related to your complaint has been completed, and OPS# 25S000526 is
now closed.

The allegation(s): The officer failed to properly document a vehicle accident. After
review of the officers Body Worn Camera it was found that subsequent issues needed
to be addressed and the results of that investigation are as listed below.

The findings for each allegation are below:

| Employee Name | | Disposition | Rule | Discipline Issued |
|---|---|---|---|---|
| Officer | Gerald Walker | **Sustained** | 2.2 Courtesy | Written Reprimand |
| Officer | Gerald Walker | **Sustained** | 2.33 Conformance to Directives (3030 Arrest Procedures) | Written Reprimand |

**Definition of Findings:**

| Unfound | Exonerated | Exceptionally Closed | Not Sustained | Sustained |
|---|---|---|---|---|
| Complainant admits to false allegation, the charge is false or not factual, or the accused employee was not involved in the incident. | The incident occurred but the employee's actions were justified, lawful, and proper. | Reasons outside the Department's control prevent it from continuing or completing its investigation of a complaint, and/or from charging and prosecuting an accused employee when sufficient evidence exists to charge the accused employee. Examples may include: the employee resigns, dies, or is no longer employed by the Department. | There is insufficient evidence to sustain a finding that the employee committed the violation. | The investigative file provides sufficient evidence to support the finding that the employee committed the violation. **If found sustained, the appropriate corrective actions have been taken against the employee.** |

This file will be available for your inspection, by **APPOINTMENT ONLY**, for a period of twenty·five (25)
days at the Office of Professional Standards.

Thank you for bringing this matter to our attention and your continued interest in the Atlanta Police
Department. If you have any questions concerning this complaint, please contact Lt. Burks (404)546-5945.

FC/gac CC: File

| USPS Certified Tracking Number | **Edickens81@icloud.com** |
|---|---|

Sincerely,

Major Felicia Claxton

**Major Felicia Claxton, Commander**

**Office of Professional Standards**

USPS Certified Tracking Number | **Edickens81@icloud.com**

From: **Mohamed, Ahmed** AMohamed@atlantaga.gov
Subject: **ORR#25-10386 Assigned to A. Mohamed/ COMPLETE**
Date: Jun 17, 2025 at 2:18:23 PM
To: edickens81@icloud.com

OPS still investigating this request.

The following is in response to your Open Records Act request received by the Atlanta Police Department. Please be advised that pursuant <u>O.C.G.A. § 50-18-72(a)(4)</u>, anything other than the initial incident report is exempt from release for cases that are pending **investigation and/or adjudication**. Please provide a copy of the court disposition so that we can ensure that the case is closed and has not been sealed or expunged.

If you would like to modify your request or make an additional request, please contact me via mail at 226 Peachtree St. S.W. Atlanta, GA 30303, Atlanta Police Department ATTN: Open Records / or fax to (404) 653-7987.

---

**From:** Calder, David S <dscalder@AtlantaGa.Gov>
**Sent:** Monday, June 9, 2025 10:59 AM
**To:** edickens81@icloud.com <edickens81@icloud.com>
**Cc:** Mohamed, Ahmed <AMohamed@atlantaGA.gov>
**Subject:** RE: ORR 25-10386 FW: Atlanta Police Open Records Request

Hello,
Your request has been received by the Atlanta Police Department. Your request has been assigned to A. Mohamed and the tracking number is OR #25-10386.

Sincerely,


Atlanta Police Department
Open Records Unit

**From:** Open Records Police <OpenRecords-Police@AtlantaGa.Gov>
**Sent:** Monday, June 9, 2025 10:27 AM
**To:** Calder, David S <dscalder@AtlantaGa.Gov>
**Subject:** FW: Atlanta Police Open Records Request


**From:** APD Web Master <Apdwebmaster@AtlantaGa.Gov>
**Sent:** Monday, June 9, 2025 9:54 AM
**To:** Open Records Police <OpenRecords-Police@AtlantaGa.Gov>
**Subject:** Atlanta Police Open Records Request

A new entry to a form/survey has been submitted.
**Form Name:**       Open Records Request
**Date & Time:**     06/09/2025 9:53 AM
**Response #:**      65535
**Submitter ID:**    96189
**IP address:**      2600:1700:3210:7290:346f:3ba5:dbe4:4865
**Time to complete:** 1 min. , 39 sec.

---

**Survey Details**

---

**Page 1**

**Georgia Open Records Act**
**Online Open Records Request Form**
**APD Open Records Unit I 226 Peachtree St SW I Atlanta, Ga. 30303**
**Phone (404) 546-7448I Fax (404) 653-7987**

1.                          **Requestor Contact Information**

    **First Name**        Ebony

| | |
|---|---|
| **Last Name** | Thomas |
| **Company** | Not answered |
| **Address** | 2332 La Rue Ct |
| **Phone Number** | (786) 824-0349 |
| **Fax Number** | Not answered |
| **Email Address** | edickens81@icloud.com |

2.                    **Requested Document(s)**

[ ] **911 Recording**     [x] **Incident**          [ ] **Accident**         [ ] **Calls for**
                          **Report(s)**             **Report(s)**            **Service List**

[ ] **CAD Report**        [ ] **Crime Statistics**  [ ] **Personnel File**   [x] **Disciplinary**
                                                                             **Files (OPS)**

[ ] **Photographs**       [x] **Bodycam video**     [ ] **Traffic Camera**   [ ] **License and**
                                                    **Video**                **Permits**

[ ] **Other**

3.                    **Detailed Information**

| | |
|---|---|
| **Case Number(s):** | 25S000526 |
| **Incident Date/Date Range** | 01/27/2025 |
| **Type of Call** | Not answered |
| **Time (AM/PM)** | Not answered |
| **Location of Incident** | Lakewood Ave, Jonesboro Rd |
| **Phone number call was made from** | Not answered |

[ ] **Court case pending?**
**Additional Information**
Wrongful arrest

**Please direct questions to the Open Records Office by calling (404) 546-7448 or by visiting www.atlantapd.org. Please be advised that pursuant to O.C.G.A. 50-18-71 a research fee not to exceed the hourly rate of the lowest paid, full time employee capable of researching the requested information may be associated with your request. In addition, there may be a cost of $0.10 per page for copies and $1.00 per disc or tape used for your request. Documents and materials will be emailed to the contact email address provided unless otherwise specified by the requestor. You will be contacted when your information is ready.**



Ebony Thomas
2332 La Rue Ct, Apt B
Tallahassee, FL 32303

1070 Bolton Road, Apt 3010
Atlanta, GA 30331
Phone: (786) 824-0349
Email: Edickens81@icloud.com

June 15, 2025

City of Atlanta – Department of Law
Attn: Claims and Litigation Division
55 Trinity Avenue SW, Suite 5000
Atlanta, GA 30303
lawclaims@atlantaga.gov

CC:
Mayor Andre Dickens
226 Peachtree Street SW
Atlanta, GA 30303

Chief Darin Schierbaum
Atlanta Police Department
226 Peachtree Street SW
Atlanta, GA 30303

## NOTICE OF CLAIM PURSUANT TO O.C.G.A. § 36-33-5

To Whom It May Concern,

Please accept this letter as formal notice of claim against the City of Atlanta and the Atlanta
Police Department under Georgia law, arising from misconduct committed by Officer Gerald
Walker and the department's handling of the incident documented in Complaint #25S000526, as
closed on June 6, 2025.

On or around January 26, 2025, I was subjected to improper treatment and misconduct by Officer
Walker, including:
- Failure to properly document a vehicle accident
- Violation of APD directives (Arrest Procedures – 2.33)
- Lack of professional courtesy (2.2)

The Office of Professional Standards substantiated these claims, issuing two written reprimands
for sustained violations. Despite this finding, I experienced lasting emotional distress,
reputational harm, and legal consequences due to the officer's conduct, including false charges
which I am requesting be formally dismissed.

Relief Requested:
I am seeking a settlement in the amount of $250,000, inclusive of:

- Emotional distress from being pulled out of my car and thrown in jail
- Legal fees to get rid of the two citations I received: dark window tint & obstruction of justice
- Lost bond money and reputational damage from being all over the news
- Retaliatory and negligent misconduct by sworn officers
- Additionally, I am formally requesting that the citations resulting from this incident (dark window tint and obstruction of justice) be dismissed.

Body Camera Footage & Records Request:
I have submitted a prior request for all body-worn camera footage, dashcam, and related materials under Georgia Open Records law and anticipate a timely response.

Please contact me within thirty (30) days to discuss resolution. If no response is received, I will pursue civil litigation. I have retained legal counsel with Stowell & Friedman, Ltd., and all further communication may be directed through them upon formal engagement.

Sincerely,

Ebony Thomas
(786) 824-0349
Edickens81@icloud.com

Exhibit E





Links to news story:

https://www.facebook.com/fox5atlanta/posts/florida-resident-ebony-thomas-says-she-was-taking-a-friend-to-work-on-sunday-aro/1170102761154065/

https://atlantablackstar.com/2025/01/31/im-going-to-pull-your-ass-out-of-the-f-ing-car-florida-grandmother-accuses-atlanta-police-of-excessive-force-for-window-tint-violation/

https://www.fox5atlanta.com/news/florida-grandma-claims-atlanta-officer-used-excessive-force-window-tint-violation&ved=2ahUKEwjymdXxj8-RAxX9RDABHVFzK4gQFnoECBsQAQ&usg=AOvVaw3UjHJcJSW8wOasm_p6hXj9



**FOX 5 Atlanta**
https://www.fox5atlanta.com › news › florida-grandma-... ⋮

## Florida woman claims Atlanta police used excessive force

Jan 28, 2025 — **Ebony Thomas** was arrested and charged with obstruction and having windows with an illegal dark tint on them. **ATLANTA** - Florida resident Ebony ... Read more



**Atlanta Black Star**
https://atlantablackstar.com › 2025/01/31 › im-going-to-... ⋮

## 'I'm Going to Pull Your A-- Out!': Black Florida Woman ...

Jan 31, 2025 — **Ebony Thomas** said she had no idea why Atlanta police were pulling her over during a Jan. 26 traffic stop in southeast Atlanta.



**Facebook · FOX 5 Atlanta**
340+ reactions · 10 months ago ⋮

## Florida resident Ebony Thomas says she was taking a ...

**Florida resident Ebony Thomas** says she was taking a friend to work on Sunday around 3:50 p.m. when an officer pulled her over at Lakewood Avenue ... Read more
Missing: 2025 | Show results with: 2025